UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SOFIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>- against -<br><br><br>DEK ENTERPRISES INC.<br>                                        Defendants. | 19cv1302 (RRM)(AYS)<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant DEK ENTERPRISES INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant DEK ENTERPRISES INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:        Brooklyn, New York

               October 7, 2019

                                      **DOUGLAS C. PALMER**
                                        Clerk of Court

                               **By:**   */s/Jalitza Poveda*
                                           **Deputy Clerk**